**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JOANN E. TREACY-BARNHART,

Plaintiff,

v. Case No: 8:25-cv-2215-JSM-AAS

THE HEART INSTITUTE OF VENICE, P.L.L.C.,

Defendant.

---

**ORDER**

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Amanda Arnold Sansone (Dkt. 31). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects. The Court determines that Ms. Treacy-Barnhart is the prevailing party and is entitled to an award of reasonable attorney's fees and costs under 29 U.S.C. § 216(b), Fla. Stat. § 448.110(6)(c)(1), and Fla. Stat. § 448.08;

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. 31) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiff Joann E. Treacy-Barnhart's Verified Motion for Attorney's Fees and Costs (Dkt. 30) is granted.

3. Ms. Treacy-Barnhart is awarded reasonable attorney's fees in the amount of $8,190.00; and taxable costs in the amount of $561.75.

4. Ms. Treacy-Barnhart is further awarded post-judgment interest on the award of fees and costs at the statutory rate under 28 U.S.C. § 1961.

5. The Clerk is directed to enter Judgment in Plaintiff's favor and against Defendant accordingly.

**DONE** and **ORDERED** in Tampa, Florida, this 17th day of August, 2026.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record